**WILSON ELSER**
Wilson Elser Moskowitz Edelman & Dicker LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Jacob Mandrusiak

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGETT DAHL, | Case No.: 2:18-cv-02225-APG-CWH |
| Plaintiff, | **Stipulation and Order to Continue July 16th, 2019 Hearing On Defendant's Motion to Compel.** |
| vs. | |
| JACOB MANDRUSIAK, | |
| Defendant. | |

Defendant Jacob Mandrusiak filed a Motion to Compel against Topgolf USA Las Vegas LLC.[1] The Court has set oral arguments for this motion on July 16th, 2019.[2] Defendant's counsel had a prior deposition which required him to be out of town in Reno, Nevada on that day. Thus for good cause, the parties request the Court vacate the July 16th hearing and reschedule it for July 23rd, 2019 at 9 a.m.

DATED this 27th day of June, 2019.        DATED this 27th day of June, 2019.

LAW OFFICES OF GARY P. SINKELDAM, APC

*/s/ Amy R. Lancaster*
GARY P. SINKELDAM, ESQ.
Nevada Bar No. 6500
AMY R. LANCASTER, ESQ
Nevada Bar No. 9608
844 East Sahara Avenue
Las Vegas, Nevada 89104

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Jonathan C. Pattillo*
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
JONATHAN C. PATTILLO, ESQ
Nevada Bar No. 13929
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Attorneys for Jacob Mandrusiak

---

[1] ECF No. 19.
[2] ECF No. 29.

1485758v.1

1

Attorneys for Topgolf USA Las Vegas LLC

DATED this 27th day of June, 2019.

SEMENZA KIRCHER RICKARD

*/s/ Jarrrod L. Rickard*
LAWRENCE J. SEMENZA, ESQ.
Nevada Bar No. 7174
JARROD L. RICKARD, Esq.
Nevada Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Attorneys for Plaintiff

FOR GOOD CAUSE, the July 16th, 2019 hearing on Defendant's Motion to Compel is VACATED and rescheduled to July 23rd, 2019 at 9 a.m. IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATES JUDGE

DATED: July 2, 2019

2

1485758v.1