Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Plaintiff Bridgett Dahl*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGETT DAHL, | Case No.: 2:18-cv-02225-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SCHEDULED DEADLINES** |
| v. | |
| JACOB MANDRUSIAK, | **(Fifth Request)** |
| Defendant. | |

Plaintiff Bridgett Dahl ("Plaintiff") and Defendant Jacob Mandrusiak ("Defendant") (together, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation and Order to Continue Scheduled Deadlines Fifth Request (the "Stipulation"). The Parties first stipulated to extend the discovery deadlines, which was filed on March 13, 2019 (ECF No. 10), and the Order granting said stipulation was filed on March 26, 2019 (ECF No. 11). The Parties entered into a second stipulation for an extension of time on May 9, 2019 (ECF No. 13), and the Order granting said stipulation was filed on May 14, 2019 (ECF No. 16). The Parties entered into a third stipulation for an extension of time on August 13, 2019 (ECF No. 38), and the Order granting said stipulation was filed on August 14, 2019 (ECF No. 40). And most recently, the Parties entered into a fourth stipulation for an extension of time on August 27, 2019 and the Order granting said stipulation was filed on August 28, 2019 (ECF No. 42).

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

On August 14, 2019, Defendant filed a Motion for Summary Judgment ("MSJ") (ECF No. 39). Presently, Plaintiff's response to Defendant's MSJ is due September 11, 2019. The Court has not set a hearing date on Defendant's MSJ. Plaintiff requires additional time to prepare the response to Defendant's MSJ as Plaintiff's lead counsel has been traveling for depositions and other members of his office just finished with trial. Plaintiff's lead counsel returned back to his office on September 3, 2019. Additionally, Plaintiff requires additional time to file a dispositive motion. Defendant has no objection and joins in the request. Therefore, the Parties request that the deadline to file dispositive motions be extended **one week** and the deadline for Plaintiff's response to Defendant's MSJ be extended **one week**.

The new deadlines would be as follows:

| Event/Deadline | Current Date | New Date |
|---|---|---|
| **Dispositive motions** | September 6, 2019 | September 13, 2019 |
| **Response to Defendant's MSJ** | September 11, 2019 | September 18, 2019 |
| **Pre-Trial Order** | September 16, 2019 | No change |

Dated this 5th day of September, 2019.　　　Dated this 5th day of September, 2019

SEMENZA KIRCHER RICKARD　　　　　　WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Jarrod L. Rickard*　　　　　　　　　　　*/s/ Jonathan C. Pattillo*
Lawrence J. Semenza, III, Esq.　　　　　　Michael P. Lowry, Esq.
Christopher D. Kircher, Esq.　　　　　　　Jonathan C. Pattillo, Esq.
Jarrod L. Rickard, Esq.　　　　　　　　　　300 South 4th Street, 11th Floor
Katie L. Cannata, Esq.　　　　　　　　　　Las Vegas, Nevada 89101
10161 Park Run Drive, Suite 150　　　　　*Attorneys for Jacob Mandrusiak*
Las Vegas, Nevada 89145
*Attorneys for Plaintiff Bridgett Dahl*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 6, 2019

2