Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
Shannon R. Borden, Esq., Bar No. 15180
Email: srb@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Plaintiff Bridgett Dahl*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIDGETT DAHL, an individual,<br><br>                        Plaintiff,<br><br>v.<br><br>JACOB MANDRUSIAK a/k/a JAKE MANDRUSIAK, an individual; DOES 1-10, unknown individuals; and ROE COMPANIES 1-10, unknown business entities,<br><br>                        Defendants. | Case No.:  2:18-cv-02225-APG-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR JOINT PRETRIAL ORDER** |

       Plaintiff Bridgett Dahl ("Plaintiff") and Defendant Jacob Mandrusiak ("Defendant") (together, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation and Order to Continue the Deadline for Joint Pretrial Order (the "Stipulation").

       The Parties first stipulated to extend the discovery deadlines, which was filed on March 13, 2019 (ECF No. 10), and the Order granting said stipulation was filed on March 26, 2019 (ECF No. 11).  The Parties entered into a second stipulation for an extension of time on May 9, 2019 (ECF No. 13), and the Order granting said stipulation was filed on May 14, 2019 (ECF No.

16).  The Parties entered into a third stipulation for an extension of time on August 13, 2019 (ECF No. 38), and the Order granting said stipulation was filed on August 14, 2019 (ECF No. 40).  The Parties entered into a fourth stipulation for an extension of time on August 27, 2019 (ECF No. 41) and the Order granting said stipulation was filed on August 28, 2019 (ECF No. 42). And most recently, the Parties entered into a fifth stipulation for an extension of time on September 5, 2019 (ECF No. 43) and the Order granting said stipulation was filed on September 6, 2019 (ECF No. 44).

On August 14, 2019, Defendant filed a Motion for Summary Judgment ("MSJ") (ECF No. 39).  On September 18, 2019, Plaintiff filed her Opposition to Defendant's MSJ (ECF No. 46). And on October 2, 2019, Defendant filed his Reply regarding his MSJ (ECF No. 47).

On September 13, 2019, Plaintiff filed a Motion for Partial Summary Judgment Regarding Liability ("MPSJ") (ECF No. 45). On October 2, 2019, Defendant filed his Opposition to Plaintiff's MPSJ (ECF No. 48). And on October 16, 2019, Plaintiff filed her Reply in Support of her MPSJ (ECF No. 49).

On May 28, 2020, the Court made its decision on the Parties dispositive motions. The Court filed Orders denying Defendant's MSJ (ECF No. 57) and Plaintiff's MPSJ (ECF No. 58). Pursuant to Local Rule 26-1(b)(5), the deadline for the Parties to file a joint pre-trial order is thirty (30) days after its decision on the dispositive motions, which is June 29, 2020. However, due to scheduling conflicts for Plaintiff's counsel and based upon the likely delay in a trial date from the ongoing jury limitations as a result of the COVID-19 pandemic, the Parties request that the deadline to file their joint pre-trial order be extended **two weeks**.

///

///

///

///

///

///

///

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

The new deadline would be as follows:

| Event/Deadline | Current Date | New Date |
|---|---|---|
| **Pre-Trial Order** | June 29, 2020 | **July 13, 2020** |

Dated this 25th day of June, 2020.                Dated this 25th day of June, 2020.

SEMENZA KIRCHER RICKARD                WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

/s/ Jarrod L. Rickard                                          /s/ Michael P. Lowry

Lawrence J. Semenza, III, Bar No. 7174        Michael P. Lowry, Esq., Bar No. 10666
Christopher D. Kircher, Bar No. 11176          Jonathan C. Pattillo, Esq., Bar No. 13929
Jarrod L. Rickard, Bar No. 10203                  6689 Las Vegas Blvd. South, Suite 200
Katie L. Cannata, Esq., Bar No. 14848          Las Vegas, Nevada 89119
Shannon R. Borden, Esq., Bar No. 15180
10161 Park Run Dr., Ste. 150                        *Attorneys for Defendant,*
Las Vegas, Nevada 89145                            *Jacob Mandrusiak a/k/a Jake Mandrusiak*

*Attorneys for Plaintiff Bridgett Dahl*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**  June 26, 2020
         _____

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803