Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
Shannon R. Borden, Esq., Bar No. 15180
Email: srb@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Plaintiff Bridgett Dahl*

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGETT DAHL, an individual, | Case No.: 2:18-cv-02225-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DEADLINE FOR JOINT PRETRIAL ORDER** |
| v. | **(Second Request)** |
| JACOB MANDRUSIAK a/k/a JAKE MANDRUSIAK, an individual; DOES 1-10, unknown individuals; and ROE COMPANIES 1-10, unknown business entities, | |
| Defendants. | |

Plaintiff Bridgett Dahl ("Plaintiff") and Defendant Jacob Mandrusiak ("Defendant") (together, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation and Order to Continue the Deadline for Joint Pretrial Order (the "Stipulation").

The Parties first stipulated to extend the discovery deadlines, which was filed on March 13, 2019 (ECF No. 10), and the Order granting said stipulation was filed on March 26, 2019 (ECF No. 11).  The Parties entered into a second stipulation for an extension of time on May 9, 2019 (ECF No. 13), and the Order granting said stipulation was filed on May 14, 2019 (ECF No.

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

16).  The Parties entered into a third stipulation for an extension of time on August 13, 2019 (ECF No. 38), and the Order granting said stipulation was filed on August 14, 2019 (ECF No. 40).  The Parties entered into a fourth stipulation for an extension of time on August 27, 2019 (ECF No. 41) and the Order granting said stipulation was filed on August 28, 2019 (ECF No. 42). And most recently, the Parties entered into a fifth stipulation for an extension of time on September 5, 2019 (ECF No. 43) and the Order granting said stipulation was filed on September 6, 2019 (ECF No. 44).

On August 14, 2019, Defendant filed a Motion for Summary Judgment ("MSJ") (ECF No. 39).  On September 18, 2019, Plaintiff filed her Opposition to Defendant's MSJ (ECF No. 46). And on October 2, 2019, Defendant filed his Reply regarding his MSJ (ECF No. 47).

On September 13, 2019, Plaintiff filed a Motion for Partial Summary Judgment Regarding Liability ("MPSJ") (ECF No. 45). On October 2, 2019, Defendant filed his Opposition to Plaintiff's MPSJ (ECF No. 48). And on October 16, 2019, Plaintiff filed her Reply in Support of her MPSJ (ECF No. 49).

On May 28, 2020, the Court made its decision on the Parties dispositive motions. The Court filed Orders denying Defendant's MSJ (ECF No. 57) and Plaintiff's PSJ (ECF No. 58). Pursuant to Local Rule 26-1(b)(5), the deadline for the Parties to file a joint pre-trial order was thirty (30) days after its decision on the dispositive motions, which was June 29, 2020. Prior to that date, the parties stipulated to continue the deadline by 14 days to July 13, 2020.

However, due to continuing scheduling conflicts for Plaintiff's counsel and based upon the likely delay in a trial date from the ongoing jury limitations as a result of the COVID-19 pandemic, the Parties request that the deadline to file their joint pre-trial order be extended an additional **two weeks**.

///

///

///

///

///

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

The new deadline would be as follows:

| Event/Deadline | Current Date | New Date |
|---|---|---|
| **Pre-Trial Order** | July 13, 2020 | **July 27, 2020** |

Dated this 9th day of July, 2020.

SEMENZA KIRCHER RICKARD


*/s/ Jarrod L. Rickard*
Lawrence J. Semenza, III, Bar No. 7174
Christopher D. Kircher, Bar No. 11176
Jarrod L. Rickard, Bar No. 10203
Katie L. Cannata, Esq., Bar No. 14848
Shannon R. Borden, Esq., Bar No. 15180
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiff Bridgett Dahl*


**IT IS SO ORDERED:**

Dated this 9th day of July, 2020.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP


*/s/ Michael P. Lowry*
Michael P. Lowry, Esq., Bar No. 10666
Jonathan C. Pattillo, Esq., Bar No. 13929
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119

*Attorneys for Defendant,*
*Jacob Mandrusiak a/k/a Jake Mandrusiak*


**UNITED STATES MAGISTRATE JUDGE**


**DATED:**    July 10, 2020

3