Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

*Attorneys for Plaintiff Bridgett Dahl*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGETT DAHL,<br><br>                    Plaintiff,<br>v.<br><br>JACOB MANDRUSIAK,<br><br>                    Defendant. | Case No.: 2:18-cv-02225-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE TO DEFENDANT'S MOTIONS IN LIMINE 1-3**<br><br>**(1st Request)** |

Plaintiff Bridgett Dahl ("Plaintiff") and Defendant Jacob Mandrusiak ("Defendant") (together, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation and Order to Extend the Opposition Deadline to Defendant's Motions in Limine 1-3 (the "Stipulation").

On November 17, 2020, Defendant filed three Motions in Limine (the "Motions") (ECF Nos. 80, 81 & 82).  Presently, Plaintiff's responses to Defendant's Motions are due December 1, 2020.  The Court has not set a hearing date on Defendant's Motions.  Plaintiff requires additional time to prepare the response to Defendant's Motions as Plaintiff's lead counsel will be traveling for the upcoming Thanksgiving holiday.  Additionally, Plaintiff requires additional time to file responses to the Motions.  Defendant has no objection and joins in the request.  Therefore, the

1

Parties request that the deadline to file responses to the Motions be extended **two weeks** until December 15, 2020.

Dated this 19th day of November, 2020.   Dated this 19th day of November, 2020.

SEMENZA KIRCHER RICKARD   WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Jarrod L. Rickard*   */s/ Michael P. Lowry*
Lawrence J. Semenza, III, Esq.   Michael P. Lowry, Esq.
Christopher D. Kircher, Esq.   Jonathan C. Pattillo, Esq.
Jarrod L. Rickard, Esq.   300 South 4th Street, 11th Floor
Katie L. Cannata, Esq.   Las Vegas, Nevada 89101
10161 Park Run Drive, Suite 150   *Attorneys for Jacob Mandrusiak*
Las Vegas, Nevada 89145
*Attorneys for Plaintiff Bridgett Dahl*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** November 20, 2020

2