**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Blvd., South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Jacob Mandrusiak

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGETT DAHL,<br><br>    Plaintiff,<br><br>vs.<br><br>JACOB MANDRUSIAK,<br><br>    Defendant. | Case No.: 2:18-cv-2225<br><br>**Stipulation and Order to Extend Reply Brief Deadline to Defendant's Motion In Limine 1-3** |

    Plaintiff Bridgett Dahl and Defendant Jacob Mandrusiak submit this stipulation to continue the deadline for replies for Defendant's Motions in Limine from December 22nd, 2020 to December 29th, 2020.

    On November 17th, 2020, Defendant filed three Motions in Limine (ECF No. 80, 81 and 82). After receiving a two week extension (ECF 84), Plaintiff filed their oppositions on December 15th, (ECF 86, 87 and 88). The Court set December 22nd as the deadline for replies. The Court has not set a hearing date.

    Because of the holiday season and the schedules of the attorneys, Defendant needs additional time to prepare their replies. Plaintiff has no objection and joins in this request. Therefore, the parties request that the deadline to file replies for Defendant's motions in limine be extended one week to December 29th, 2020.

| | |
|---|---|
| DATED this 22nd of December 2020 | DATED this 22nd of December 2020 |
| SEMENZA KIRCKER RICKARD | WILSON ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| */s/ Jarrod L. Rickard*<br>Lawrence J. Semenza, III, Esq.<br>Christopher D. Kircher, Esq.<br>Jarrod L. Rickard, Esq.<br>Katie L. Cannata, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>*Attorney for Plaintiff* | */s/ Jonathan C. Pattillo*<br>Michael P. Lowry, Esq.<br>Jonathan C. Pattillo, Esq.<br>6680 Las Vegas Blvd., South, Suite 200 Las Vegas, Nevada 89119<br>*Attorney for Defendant* |

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: December 23, 2020