Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

*Attorneys for Plaintiff Bridgett Dahl*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIDGETT DAHL,<br><br>                               Plaintiff,<br>v.<br><br>JACOB MANDRUSIAK,<br><br>                               Defendant. | Case No.: 2:18-cv-02225-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN LIMINE**<br><br>**(1st Request)** |

Plaintiff Bridgett Dahl ("Plaintiff") and Defendant Jacob Mandrusiak ("Defendant") (together, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation and Order to Extend the Deadline to Reply to Defendant's Response to Plaintiff's Motion in Limine (the "Stipulation").

On January 8, 2021, Plaintiff filed a Motion in Limine to Exclude: (1) YouTube Videos; and (2) Unrelated Incident Reports (the "Motion") (ECF No. 97).  On January 22, 2021, Defendant filed his Response to the Motion (ECF No. 100).  Presently, Plaintiff's reply to Defendant's Response to the Motion is due January 29, 2021.  The Court has not set a hearing date on Plaintiff's Motion.  Plaintiff requires additional time to prepare the reply to Defendant's Response to the Motion as Plaintiff's lead counsel has briefing for motions for summary judgment in another matter due on or about that same time.  Defendant has no objection and

joins in the request.  Therefore, the Parties request that the deadline for Plaintiff to file a reply to the Response to the Motion be extended **one week** until February 5, 2021.

Dated this 28th day of January, 2021.                     Dated this 28th day of January, 2021.

SEMENZA KIRCHER RICKARD                           WILSON ELSER MOSKOWITZ
                                                                                     EDELMAN & DICKER LLP

*/s/ Jarrod L. Rickard*                                              */s/ Jonathan C. Pattillo*
Lawrence J. Semenza, III, Esq., Bar No. 7174       Michael P. Lowry, Esq., Bar No. 10666
Christopher D. Kircher, Esq., Bar No. 11176       Jonathan C. Pattillo, Esq., Bar No. 13929
Jarrod L. Rickard, Esq., Bar No. 10203               6689 Las Vegas Blvd South, Suite 200
Katie L. Cannata, Esq., Bar No. 14848                Las Vegas, Nevada 89119
10161 Park Run Drive, Suite 150                          *Attorneys for Defendant Jacob Mandrusiak*
Las Vegas, Nevada 89145
*Attorneys for Plaintiff Bridgett Dahl*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:**  January 28, 2021

2