

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Jacob Mandrusiak

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGETT DAHL,<br><br>  Plaintiff,<br><br>vs.<br><br>JACOB MANDRUSIAK,<br><br>  Defendants. | Case No.:  2:18-cv-2225<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss all claims in case 2:18-cv-2225, each to bear their own fees and costs. The November 15, 2021 trial date may be vacated.

| WILSON ELSER<br><br>/s/Michael Lowry<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Jonathan C. Pattillo, Esq.<br>Nevada Bar No. 13929<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada  89119<br>Attorneys for Defendant | SEMENZA KIRCHER RICKARD<br><br>/s/ Jarrod L. Rickard<br>Jarrod L. Rickard, Esq.<br>Nevada Bar No. 10203<br>10161 Park Run Drive, Suite 150<br>Las Vegas, NV 89145<br>Attorneys for Plaintiff |
|---|---|
| | It is so ordered.<br><br>_____<br>UNITED STATES DISTRICT JUDGE<br>DATED: September 20, 2021 |

258216411v.1